Frank J. Franzino, Jr.
Meier Franzino & Scher, LLP
Attorneys for Defendants
Joseph DiMauro, Eastern Energy
Fuels, Inc. and Clark Dodge and
Company, Inc.
570 Lexington Avenue, 26th Floor
New York, New York 10022
(212) 759-9770
and
Winne Banta Hetherington Basralian & Kahn, P.C.
Court Plaza South – East Wing
21 Main Street, Suite 101
P.O. Box 647
Hackensack, New Jersey 07601-0647
(203) 487-3800

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

MASEFIELD INTERNATIONAL, INC.,

     Plaintiff,         *Oral Argument Requested*

  -against-            Index No. 08-3850 (JLL) (CCC)

TERMINAL VENTURES, INC., JOSEPH
DIMAURO, EASTERN ENERGY      *Document Electronically Filed*
FUELS, INC., and CLARK DODGE AND
COMPANY, INC.

     Defendants
_____

TERMINAL VENTURES, INC.

     Third-Party Plaintiff,

  -against-

MASEFIELD AG, ARAL WIND LTD.,
M/T ARAL WIND, its engines, tackle,
apparel, etc., LIBERTY MUTUAL
INSURANCE COMPANY, and JOHN
DOE

     Third Party Defendants.

-----------------------------------------------------------------x

## DEFENDANTS JOSEPH DIMAURO, EASTERN ENERGY FUELS, INC. and CLARK DODGE AND COMPANY, INC.'S NOTICE OF MOTION TO DISMISS

TO: Robert G. Clyne, Esq.
Lauren E. Komsa, Esq.
HILL RIVKINS LLP
102 South Broadway
South Amboy, New Jersey 08879
Phone: (732) 838-0800
*Attorney for Plaintiff, Masefield International Inc. and Third Party Defendant, Masefield AG*

Gerald S. Doyle, Jr., Esq.
The Law Office of Doyle & Doyle
636 Morris Turnpike
Short Hills, New Jersey 07078
(973) 467-4433
*Attorney for Defendant and Third Party Plaintiff, Terminal Ventures, Inc.*

**PLEASE TAKE NOTICE** that on January 18, 2011, or on a date and time to be set by the Court, Meier Franzino & Scher, LLP, attorneys for Defendants, Joseph DiMauro, Eastern Energy Fuels, Inc., and Clark Dodge and Company, Inc. ("DiMauro Defendants"), shall move for an order dismissing Plaintiff, Masefield International Inc.'s Causes of Action in the First Amended Complaint as pursuant to the DiMauro Defendants, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, the DiMauro Defendants shall rely on the Memorandum of Law in Support of its Motion to Dismiss, the Affirmation of Frank J. Franzino, and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that the within motion is being made returnable on January 18, 2011 and that oral argument is requested.

**PLEAE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: December 20, 2010

                                            MEIER FRANZINO & SCHER, LLP

                                            By: _____
                                            Frank J. Franzino, Jr. (FF-9740)
                                            570 Lexington Avenue, 26th Floor
                                            New York, New York 10022
                                            (212) 759-9700
                                            ffranzino@mfslawllp.com
                                                   and
                                            Winne Banta Hetherington Basralian &
                                            Kahn, P.C.
                                            Court Plaza South – East Wing
                                            21 Main Street, Suite 101
                                            P.O. Box 647
                                            Hackensack, New Jersey 07601
                                            (203) 487-3800